| | |
|---|---|
| **ONE CROWN**<br> | **King Dr. Mygu M Nygu Tutankhaman LG**<br>**King Dr. Michael Vegeta Dumpledore III**<br>Dr. Michael D. Gates III<br>7580 Las Vegas BLVD S, #530<br>Las Vegas Nevada 89123<br>470.546.4964<br>ktenmiami@outlook.com |

**United States Federal Court**
**Foley Federal Building Courthouse**
**300 Las Vegas Blvd**
**Las Vegas, Nevada 89101**

December 02nd, 2022

*\*\*\*Confidential\*\*\**
**Judicial Review**
**His Majesty High Court of Justice**

*\*For Prosecutorial Use Only.\**
**Transmit to the Commissioner**

```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 0 6 2022

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

This letter is for Clerk of Office, Dr. Bill and Melinda Gates, Dr. Alfie Gotenk Nygu Gates/James Gill the husband of King Dr Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael D. Gates III

Description- Document for processing

SUBJECT: VACATE JUDGEMENT

Title: PROCEDURE TO FOLLOW FOR RULE 41 DISMISSAL OF ACTIONS

INADMISSIBILITY/ASPECT: The United States District Court improperly dismissed criminal charges, using a digital process, instead of the chamber in person, in order to properly seminar and conference the charges presented by every single case input, being im proper. Each case workload is a criminal case and not a civil case.

NOTES/GESTURES: Vexatious gesture statements are missing and used as a means of deterrence. Enjoined statement of registration is missing but is invalid due to the submittal process not being a rioting process. Enjoined statement of purposeful infringement is missing, and against the oath of the judicial authority and against the duties and responsibilities of the judicial office in which have implemented the retaliatory statement listed as a means of dismissal.

<u>ACTIONS/TRANSIT-IN:</u> Provide illegal procedure statement, submit case workload again, ensure case workload is registered properly, schedule reviewal by commissioner, make corrections, register to docket for trial schedule, select trial schedule, go to trial.

(MDCCCLXXVI)

Submitted by:

Chief Juris Superior Chief Justice King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael D. Gates III functioning of the Appellate Supreme Court of Appeals as the Chief Commander Board of Prisons Review Board/Zarth Asgarth

The additional authority as listed for the individual as addressed in the letter head is:

His Majesty High Court of Justice Chief Juris Superior Chief Justice with same gavel as below

Chief Justice of the Appellate Supreme Court of Appeals Chief Justice Superior with gaveling authority.

Submitted by:

> King Dr. Mygu Michael Nygu Tutankhaman/King Dr. Michael Vegeta Dumpledore III/Dr. Michael Dylon Gates III/Royal Angel/Royal Baby Angel/The Supreme Court Justice(unseated)Michael Dumpledore III Chief Justice/The Marisan Citizen/The Genie/Space Commander/The Ancient Object/The Professor of Law/Assesor/ Chief Commander Board of Prisons Review Board/The Chef/Master Architect of the Universe/Husband to Alfie/Zarth Asgarth
>
> Date of authority as the life appointment as ordered and on file with the Supreme Court of the United States of America, Chief Juris Superior Chief Justice as designated for the United States District Court of Nevada, United States Federal Foley Courthouse Building, United States Supreme Court of America, Appellate Supreme Court of Appeals, in representing the Appellate Supreme Court of Appeals of processing criminal cases as ordered to be used in opening the Appellate Supreme Court of Appeals, in order to proceed, as so ordered

PLAIGARISM APPLIES TO ALL DOCUMENTS SUBMITTED PER PAGE.

JUDICIAL REVIEW APPLIES TO ALL DOCUMENTS

Al Heim

Totally forgot to tell you something

YTDG

Remember the murdered Andromedoan locomotive conductor…

Somebody is going to Court…

(MDCCCLXXVI)

